

NUMBER 13-12-00749-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

ALBERT SANCHEZ,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On Appeal from the 347th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam

This appeal was abated by this Court on July 23, 2013, because appellant's brief had not been filed. Appellant, Albert Sanchez, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Accordingly, this case is hereby REINSTATED.

Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of December, 2013.